

*Rosen & Kantrow*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
atsionis@rkdlawfirm.com

| | |
|---|---|
| AVRUM J. ROSEN | ALLAN B. MENDELSOHN * |
| FRED S. KANTROW | MICHAEL J. O'SULLIVAN* |
| | (* *of counsel*) |

------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

December 8, 2020

**VIA CM/ECF ONLY**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

        **Re:    Redf Equities, LLC, 19-46820-ess**

Dear Judge Stong:

      The undersigned is counsel to David J. Doyaga, Sr., the Chapter 7 Trustee (the "Trustee"), in the above-referenced bankruptcy matter.

      Please allow this letter to confirm that the Trustee's *Motion For Contempt against Hershy Meisels* [Dkt. No. 60] is hereby withdrawn.

      Should the Court have any questions or require anything further, please do not hesitate to contact the undersigned. Thank you.

                                    Respectfully submitted,

                                    */s/ Alex E. Tsionis*
                                    Alex E. Tsionis

Cc: All counsel of record (by CM/ECF)